IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AFTON MCKENZIE,

    Plaintiff,

v.

SENECA FOODS CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-49-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been tried and the court has rendered a decision.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Seneca Foods Corporation against plaintiff Afton McKenzie dismissing this case.

| s/ K. Frederickson, Deputy Clerk | June 8, 2017 |
| Peter Oppeneer, Clerk of Court | Date |